952 F.2d 1393
 Larkin (Robert, Dorothy)
v.
GAF Corporation, Raymark Industries, Inc., Celotex Corp.,
Successor in Interest to Philip Carey Mfg. Co., Briggs Mfg.
Co., and/or Panacon Corp., Keene Building Products Corp.,
Eagle Picher Industries, Inc., Owens Corning Fiberglas
Corp., Owens Illinois Inc., Fibreboard Corp., Combustion
Engineering Inc., Standard Asbestos Mfg. andInsulating
Company v. Armstrong World Industries, Inc., Pittsburgh
Corning Corp., Nicolet, Inc., Manville Corp. Asbestos
 NO. 91-3329
 United States Court of Appeals,
Third Circuit.
 Dec 23, 1991
 
 Appeal From: W.D.Pa.,
 Ziegler, J.
 
 
 1
 AFFIRMED.